UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRUCE A. BLAKEMAN, in his capacity as
County Executive of the County of Nassau,
COUNTY OF NASSAU, MARC MULLEN as
parent and natural guardian of K.E.M., an infant
under the age of eighteen years, and JEANINE
MULLEN, as parent and natural guardian
of K.E.M., an infant under the age of eighteen years,

                Plaintiffs,

   -against-

LETITIA JAMES, as Attorney General of the
State of New York, STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL, and
STATE OF NEW YORK,

                Defendants.
-----------------------------------------------------------X

Case No.  2:24-cv-01655

**ORDER TO SHOW CAUSE**

      Upon the affidavit(s) of Bruce Blakeman, sworn to on March 7, 2024, the exhibits annexed to the Declaration of Victoria LaGreca, Esq. dated March 7, 2024, and upon the Complaint in this action, it is hereby,

      **ORDERED**, that the above named Defendants show cause before this Court, at Room _____, United States Court House, 100 Federal Plaza in Central Islip and State of New York on March_____, 2024, at 10:00 o'clock in the morning thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 FRCP enjoining the defendant(s) during the pendency of this action from further legal action relating to County Executive Order Number 2-2024 issued by Nassau County Executive Bruce A. Blakeman on February 22, 2024; and it is further

**ORDERED**, that sufficient reason having been shown, therefore, pending the hearing and determination of plaintiffs' application for a preliminary injunction, pursuant to Rule 65 FRCP the defendants are temporarily restrained and enjoined from initiating any legal proceedings and/or actions against County Executive Bruce A. Blakeman, the County of Nassau, its agencies, departments and/or employees, related to County Executive Order Number 2-2024; and it is further

**ORDERED**, that personal service of a copy of this order and annexed affidavit upon the defendants or their counsel on or before _____o'clock in the _____ noon, _____, 2024 shall be deemed good and sufficient service thereof.

DATED:    Central Islip, New York
               March \_\_\_, 2024

                                                      _____
                                                      United States District Judge