# EXECUTIVE ORDER
## NUMBER 2 - 2024

RECEIVED NASSAU COUNTY CLERK OF THE LEGISLATURE 2024 FEB 23 P 1:59

(An Executive Order for Fairness for Women and Girls in Sports)

**WHEREAS,** Women and Girls deserve the opportunity to demonstrate their strength, skills, and athletic abilities and to provide them with equal and fair opportunities to obtain recognition and accolades, college scholarships, and the numerous other long-term benefits that result from participating and competing in athletic endeavors; and

**WHEREAS,** historically, Women and Girls have not received as many of the opportunities emanating from participation in sports as biological males; and

**WHEREAS,** it is imperative that a supportive and safe environment is maintained to foster and nurture these opportunities in sports for biological females; and

**WHEREAS,** Women and Girls hard work, on-field achievements, and athletic futures deserve to be fostered, nurtured, and celebrated; and

**WHEREAS,** the designation of separate sex-specific athletic teams or sports is necessary to maintain fairness for women's athletic opportunities; and

**WHEREAS,** the County of Nassau is committed to protecting Women's and Girl's rights to compete athletically and to realize the opportunities of participating in a fair sporting competition;

**NOW, THEREFORE,** I, Bruce A. Blakeman, as County Executive of the County of Nassau, by virtue of the authority vested in me by the Nassau County Charter and the Laws of the State of New York, and all other applicable laws, state that it is hereby:

**ORDERED,** that any sports, leagues, organizations, teams, programs, or sports entities must expressly designate as one of the following based on the biological sex at birth of the team members/participants when applying for a use and occupancy permit to utilize Nassau County Parks property for the purposes of organizing a sporting event or competition:

1) Males, men, or boys; or
2) Females, women, or girls; or
3) Coed or mixed, including both males and females;

and it is further,

**ORDERED,** that Nassau County Department of Parks, Recreation & Museums shall not issue any permits for the use and occupancy of Nassau County Park's property for the purposes

of organizing a sporting event or competition that allows athletic teams or sports designated for females, women, or girls to include biological males; and it is further,

**ORDERED,** that Nassau County Department of Parks, Recreation & Museums may issue permits for the use and occupancy of Nassau County Park's property for the purposes of organizing a sporting event or competition that allow athletic teams or sports for males, men, or boys to include biological females; and it is further,

**ORDERED,** that for the purpose of this Executive Order, an individual's gender is defined as the individual's biological sex at birth; and a statement of a team member's/participant's biological sex on the team member's/participant's official birth certificate is considered to have correctly stated the team member's/participant's biological sex at birth if the statement was filed at or near the time of the team member's/participant's birth.

**Dated:** February 22, 2024
Mineola, New York

_____
**BRUCE A. BLAKEMAN**
**COUNTY EXECUTIVE**

2/22/24