United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**2:24-CV-02721(LGD)**

1) indicated that this case is related to the following case(s):

2:24-CV-1655(NJC)(LGD)