UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRUCE A BLAKEMAN, in his official capacity
as County Executive of the County of Nassau;
COUNTY OF NASSAU; MARC MULLEN, as
parent and guardian of K.E.M., an infant under the
age of eighteen years; and JEANINE MULLEN, as
parent and guardian of K.E.M., an infant under the
age of eighteen years,

                     Plaintiffs,          **JUDGMENT**
                                                         CV 24-1655 (NJC) (LGD)

  - against -

LETITIA JAMES, as Attorney General of the State of
New York; STATE OF NEW YORK OFFICE OF THE
ATTORNEY GENERAL; and STATE OF NEW YORK,

                     Defendants.
---------------------------------------------------------------X

An Order of the Honorable Nusrat J. Choudhury, United States District Judge, having been filed on April 12, 2024, dismissing this case without prejudice, and directing the Clerk of Court to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiffs Bruce A. Blakeman, County of Nassau, Marc Mullen, and Jeanine Mullen take nothing of Defendants Letitia James, State of New York Office of the Attorney General, and State of New York; that this case is dismissed without prejudice; and that this case is closed.

Dated: April 15, 2024
       Central Islip, New York

                                                              BRENNA B. MAHONEY
                                                              CLERK OF COURT

                                                              By: /s/ James J. Toritto
                                                              Deputy Clerk